HANA TRANSLATION SERVICE
911 40 47 81 / 0911206354 Email: tamelese47@yahoo.com A.A. - Ethiopia

## The Hidden Secret of Ethiopian Airlines

Zehabesha official.

By: Samuel Yeteshawork

15 April 2020

Narration: Henock Alemayehu

We have previously vowed to give you an insight in.to the deep rooted corruption at Ethiopian Airlines. I would like to stress here that I have no any special grudge against the Airlines, or I do not mean other government institutions are clean; the reason of my criticism is rather due to the countless malpractices I have ever observed due to the nature of my work. Therefore, let me take you now to the ear grating corruption at Ethiopian Airlines.

### Title 1: The Theft of Ethiopian Banknotes Printed in Germany

The place is in Bayern Munich, the beautiful city of Germany. The case is related with the interest of the then Ethiopian government to get its banknotes printed in Germany. The money, passing through the necessary procedures, was printed at a German currency printing company. The drama then follows.

As per the order, the company has finalized printing the sparkling banknotes, and packed them in sturdy pallets for transportation. Ethiopian airlines was entrusted to transport the money. But some days before the transportation, I received shocking information from a source which I do not want to mention. The information was about a plotted theft on one of the pallets. I was hit by shock and fear alternatively due to 2 reasons. The first is the courage of stealing public resource by our own citizens at broad daylight. The other was my knowledge that such a looting was not only carried out by Ethiopian Airlines officials. At this juncture, I realized that I had to clutch my brake. With whom am I colliding? I do not know how long the hands of the criminals are; after all, should I burn like a moth in a thing which is not my business, who am I? I was fighting with such conflicting thoughts internally for hours.

I grew up as immigrant and I am German in citizenship, in spite of this, I have never spent a single day without thinking my county Ethiopian, the calling of its name always creates some kind of pleasure. This fact then dominated my fear; I thought for a moment the heroic deeds of those Ethiopians who fought gallantly with external aggressors. Throughout my veins. I

0911 40 47 81/0911 73 80 79
1260/1022 A.A Ethiopia
HANA TRANSLATION SERVICE

Tigist Melesse
General Manager

1

**EXHIBIT "A"**      **EXHIBIT A**

felt the spreading of the heroic spirits of our ancestors demonstrated from Adwa to Ogaden. Therefore, I was convinced that the golden opportune moment in which I should contribute my share to my country is at my doorstep. I should pay whatever necessary sacrifice in order to protect the national advantage of my country, Ethiopia, this was my last concluded decision. Then, I kept the issue confidential and started my focused follow up as the fight should be handled tactfully and in great care. As a result, things went clearing gradually; I came to know not only the plan but also the time of execution. Now, hiding and lurking like a guerrilla fighter and suddenly jumping and perching on the nape of the criminals is wiser than simply making them aware by hasty emotional steps.

That very transporting day slowly appeared. Ethiopian Airlines which accepted the mission to transport the printed currency is waiting stand by at Frankfurt International Airport collecting its wings and arranging its whole thing. The time arrived, the loaded pallets with the new printed currencies showed up in cars, the assigned employees for that purpose have transferred the pallets in to the plane. When I compare in may method the printed amount with the loaded one, I found out that one pallet is missing. I only should be quick. But to where? I thought of informing the German police but immediately dropped the idea for fear of spoiling the name and fame of my esteemed beloved Airline. So what should I do? Which way should I sneak out and to whom should I inform this scandalous crime to get it aborted? I was confused for a moment and was to lose hope.

When I though deeply, one thing which I did not give attention previously flashed my mind; I proved that the then area manager of Ethiopian Airlines in Germany, Mr. Esayas WoldeMariam was not part of the plundering mission. This blossomed my hope to prevent the loss of a resource which belongs to my country, the poor people of Ethiopia. I immediately sent the information to Mr. Esayas WoldeMariam hiding it was sent from me. After that, the Area Manager, without sparing a moment, set his foot at the airport and began inspecting the loaded currency based on the documents. He discovered one pallet money was not there. Therefore, WoldeMariam banned the flight until the money is brought and loaded. Simultaneously, he informed the case to the Frankfurt Airport Police and to other security bodies. It was a nice measure. On the other hand, the flight time of the aircraft was running out. Though who the thieves are, I was able to imagine how they were utterly shocked. Thanks to God, when the flight was left only some minutes, that money was said to be discovered and was finally loaded in to the plane.

Moist Melessa
ጠቅላላ ኣስኪያጅ
General Manager

0911 40 47 81/0911 73 80 79
1260/1022 A.A Ethiopia
N/A TRANSLATION SERVIC

2

**EXHIBIT A**

I guess, such theft could have been plotted and carried out by the Airline's officials along with other government bodies, Ethiopian Ministry of Foreign Affairs, The National Bank of Ethiopia, and others. Such grave and flagrant crimes are not believed to be committed alone by the Ethiopian Airlines officials.

Let me take a chance to remind you that there are enabling international experiences and laws to repatriate the public money robbed through Ethiopian Airlines, and the deposited wealth of Emperor Haile Selassie saved in foreign banks which was looted by mafia bank executives.

(The narrator raises Angola as a model to repatriate its money)

Title 2: <u>Government Company or Black Market</u>

I said at the beginning the mysteries behind Ethiopian Airlines are countless. Let us see its illegal activities in the black market area as we usually witness such activities around places in Addis Ababa-Ambassador and 'Somali Tera'. A passenger who wants to fly Ethiopian Airlines has 2 ticket purchasing options. One, you buy the ticket in person from ticket offices, and the other is purchasing the ticket by credit cards through the internet while in your comfort.

According to my personal experience in my own private work, most people choose to pay in person at ticket offices. The cheating begins there. Ethiopian Airlines ticket offices which work in countries out of Africa charge website booked passengers the amount the passengers are told by the date of their booking. The opposite is true in Ethiopian ticket offices working in African countries. In fact, these offices charge their passengers, not in the exchange rate of the countries' banks; they rather charge the customers in black market tariff. This is a proven fact any person can easily establish.

Let me substantiate this fact with an example. The passenger lives in Germany. His flight route is from Frankfurt to Addis Ababa, from Addis to Shire, then to Addis Ababa, and finally, he travels back to Frankfurt. The price he was given on the website was to pay 712 euros. In spite of this, the Ethiopian Airlines ticket office in Addis Ababa has forced the passenger to pay according to the black market tariff of the date while it should have charged him on that date's foreign exchange rate of the bank. On that date, the exchange rate of one euro was 31.136 birr; but; the passenger was obliged to pay 43.73 birr. The complaints raised

Tigist Melesse
General Manager

3

**EXHIBIT A**

by this passengers and others who face such company based robbery, only get vague and silly answers of the Airlines' management - this is the company's working procedure.

This shameful act is being implemented overtly at Ethiopian ticket offices which are active in African countries. While committing such scams and robberies, the claim of Ethiopian Airlines officials that they could not repatriate the Airlines' money back from overseas in foreign currency is a paradox.

I would like to remind the Ethiopian government to inspect and take corrective actions on such work procedures which might cause destruction of the country.

### Title 3: A Corruption Crime Named as Barsa

It is to be recalled that once, Mr. Tewolde GebreMariam, Ethiopian Group CEO has inaugurated flight services to Barcelona and Madrid-Spain. I remember, the opening of the routes wear not based on feasibility studies as profitable. Believe it or not, the routes to these countries were tailor made to benefit the female friend of Mr. Tewolde GebreMariam. In fact, this disgraceful act implies how extreme the level of corruption is at Ethiopian Airlines. The name of the woman is Maria Teresa Dedus. She is the owner Air Travel Management JSA Spain. She has been illegally nominated by Mr. Tewolde GebreMariam as full Ethiopian Airlines representative in Spain. A man named Mr. Damtew Seyoum was appointed to Spain to work as Area Manager. The Barcelona destination was immediately discontinued as it was said to be not profitable while the Madrid one continued. After some time, Mr. Tewolde GebreMariam replaced Mr. Alemu Bekele in place of Mr. Damtew Seyoum by recalling Seyoum to Addis Ababa. But the newly assigned Mr. Bekele could not work peacefully with the Spaniard woman, Maria Teresa due to her malpractice. Then, Mr. Tewolde GebreMariam called Mr. Bekele to Addis Ababa and demoted him to a lower position from the director level he used to hold. I know today Mr Alemu Bekele is working in a very low level in the company being morally disengaged. This is the outcome of his loyal nature which did not go along with the mismanagement happening in Spain. I have also proved that Mr. Alemu has no any incompetence problems.

The CEO was not satisfied with the so far measures he took; he went to the extent of appointing the foreign National-Maria Teresa as Area Manager in Spain. This utterly violates the law of the Airlines which prohibits foreigners to be Area Managers. The Area office vehicle rent as well as office employees' salaries were decided to be paid from the sale of the

Tigist Melesse/
General Manager

4

**EXHIBIT A**

air ticket of Ethiopian Airlines. In addition, things were arranged for Maria Teresa to earn commission payment. The so called Barsa theft has continued to this day and Ethiopian Airlines is being exploited. I believe swift intervention measures should be taken by the Government.

### Title 4: The Dollar which was Taken out of Addis Ababa by KLM Airlines

After the Dutch owned KLM had flown from Amsterdam to Addis Ababa via Khartoum for 7 years, it discontinued its service in 2013. During its service, KLM had a bank account and was depositing its ticket sale in Ethiopian bank, like any other airline. According to world Airlines agreement, it is the duty of Ethiopian government to change the deposit in to foreign currency and send it to Amsterdam. The way KLM chose was different. During that time, Ethiopian government was suffering from a shortage of foreign currency. Owing to this, Ethiopia could not send the money by changing it in to US dollar or Euro. Following this, KLM has taken out most of the money in Ethiopian birr from Ethiopian bank illegally. In doing so, KLM changed the birr in black market shops in Addis Ababa and transferred it to Amsterdam via Nairobi illegally. After some time, the remaining money was also changed in to foreign currency, and all was taken out through Dubai. While the rich Europeans committed such illegal acts in broad daylight in Addis Ababa to take their airline's money, Ethiopian Airlines officials, on their part, were committing theft to benefit from Company's money. For this, the Angolan robbery and the aborted or lost money in South Sudan could be good examples.

The clandestine secret is still not fully revealed.

Tigist Melesse
General Manager

5

**EXHIBIT A**